**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| CHRISTOPHER A. ROGALSKI, | : | CIVIL ACTION |
| Plaintiff, | : | No. 26-cv-742-JMY |
| v. | : | |
| NESHAMINY SCHOOL DISTRICT, ANDREW J. AMOROSO, MIDDLETOWN TOWNSHIP, JOSEPH BARTORILLA, and RYAN P. STAUB, | : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this 17th day of August, 2026, upon consideration of Defendants' motions to dismiss (ECF Nos. 8, 12), Plaintiff's opposition thereto (ECF No. 13), the parties' supplemental filings (ECF Nos. 16, 17–19), and the allegations in the amended complaint, (ECF No. 5), it is hereby **ORDERED** that Defendants' motions to dismiss are **GRANTED**.

BY THE COURT:

/s/ *John Milton Younge*

**Judge John Milton Younge**